# 914    CASES REPORTED WITH BRIEF SYLLABI.

Hannah S. Longworth, Respondent, v. William H. Longworth, Defendant. Mary A. Longworth, Appellant.— Motion for reargument granted, solely for the purpose of permitting this court, instead of ordering a new trial, to direct judgment absolute for the defendant; and case set down for Wednesday, November 19, 1913.  Present — Jenks, P. J., Burr, Thomas and Putnam, JJ.; Stapleton, J., not voting.

Chandler A. Oakes, Appellant, v. Cadillac Hotel Company and Others, Respondents.— Motion granted, with ten dollars costs    Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Laura A. Porter, as Administratrix, etc., Plaintiff, v. The City of New York, Defendant.— Motion denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Ovadio Varon, Respondent, v. American Manufacturing Company, Appellant.— Motion granted, without costs.  Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Frank L. Wing, Respondent, v. Bessie Steinberg and Another, Appellants.— Motion denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Herbert R. Allen and Others, by Hezekiah E. Lawrence, Their Guardian ad Litem, Appellants, v. Lillian F. La Vaud and Louisa B. Biglin, Respondents.— Judgment and orders affirmed, with costs.  No opinion.  Jenks, P. J., Burr, Stapleton and Putnam, JJ., concurred; Carr, J., dissented.

Amelia Foley, Respondent, v. Louisa Higgins, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Louis F. Greene and Henry E. Knight, Jr., Copartners, under the Name of Greene & Knight, Respondents, v. Annie E. Peck, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the alleged statements were improperly admitted in evidence.  Jenks, P. J.. Thomas, Carr, Stapleton and Putnam, JJ., concurred.

John H. Keegan, as Administrator, etc., of John H. Keegan, Jr., Deceased, Respondent, v. Lord Electric Company, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Thomas, Carr, Stapleton, and Putnam, JJ.

Keeler's Vans, Inc., Respondent, v. Pasquale Papa and Philomena Papa, Appellants, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the complaint fails to establish an apparent right to or interest in the property, and that the omission cannot upon this application be supplied by supplementary affidavits.  This determination is without prejudice to a renewal upon a complaint which shows ownership of the mortgage in the plaintiff.  Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Henry Lee, Respondent, v. Frederick Lavigna, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.